# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
LODGED _____ RECEIVED

FEB - 6 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

TRANSMITTAL LETTER TO:

U.S. Courthouse
**U.S. District Court,**
**Eastern District of Pennsylvania,**
**601 Market Street, Room 2609,**
**Philadelphia, PA 19106-1797**

DATE: February 6, 2013
U.S.A. v. Michael Privett

CASE NO.: 13-224 BPG
YOUR DOCKET : 13-0147

Encloed herein please find certified copies of the following:

(x) Warrant of Arrest (Copy)
( x) **Complaint**/Indictment/Information
(x) Financial Affidavit
( ) Contribution Order
(x) Order appointing the Federal Public Defender
( ) CJA 20 Voucher – Appointment of counsel under CJA
( ) Appearance Bond
( ) Order Setting Conditons of release
( ) Appearance Line of Counsel
( ) Waiver of Preliminary Hearing
(x) Waiver of Identify/Removal Hearing
( ) Temporary Detention Order
(x) Detention Order
(x) Commitment to Another District
(x) Docket Sheet for this District
(x ) Orders re: Medical Evaluation and Appropriate Treatment of Detainee
( x) Other:  Minute Entries & Correspondence

**Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office. Thank you.**

**Return to:**
**Clerk, U. S. District Court**
**101 West Lombard Street, Room 4415**
**Baltimore, MD 21201-2675**

By: _____
C. Crawford, Deputy Clerk